Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 2569 | **DATE** | 6/19/2002 |
| **CASE TITLE** | USA vs. Edwin D. Lawlor, III | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that plaintiff's motion for entry of order of garnishment be granted is hereby entered of record.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 2 number of notices | Document Number |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | JUN 2 1 2002 date docketed | 14 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 6/19/2002 date mailed notice | |
| IS | courtroom deputy's initials | 02 JUN 19 PM 4:57 | | |
| | | Date/time received in central Clerk's Office | IS mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 99 C 2569 |
| v. | ) ) | Magistrate Judge Martin C. Ashman |
| EDWIN D. LAWLOR, III, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO, | ) ) ) ) | |
| Garnishee. | ) | |

## REPORT AND RECOMMENDATION

On August 13, 1999, this Court entered a judgment by default against Lawlor and in favor of the United States. A writ of continuing garnishment directed to the American Federation of State, County & Municipal Employees, AFL-CIO ("AFSCME"), was issued on the judgment on July 31, 2001, and served on AFSCME on August 20, 2001. Pursuant to the writ of continuing garnishment, AFSCME answered that it had under its possession and control wages belonging to Lawlor. On August 15, 2001, Lawlor was notified of his right to a hearing and his right to object to the answer of AFSCME; however, Lawlor neither requested a hearing nor objected to the answer of AFSCME within the time provided by law.

On June 5, 2002, the United States filed a Motion for Entry of an Order of Garnishment and served Lawlor with a copy of the same. The United States indicated that Lawlor's

outstanding balance as of May 16, 2002, was $35,528.24. On June 18, 2002, the United States presented its motion to this Court in the absence of Lawlor, who failed to appear. After review, this Court recommends the entry of an order of garnishment, as per the United States's request, directing AFSCME to pay to the United States a sum equal to twenty-five percent of Lawlor's disposable earnings since August 20, 2001, less the amount withheld during that period for the garnishment/withholding of the Illinois Student Assistance Commission, and directing AFSCME to continue the payments for each pay period until the debt to the United States is paid in full, or until AFSCME no longer has custody, possession, or control of any wages belonging to Lawlor, or until further order of the court.

*[signature]*
MARTIN C. ASHMAN
United States Magistrate Judge

**Dated:** June 19, 2002.

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Clerk of the Court within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

| | |
|---|---|
| MICHELE S. SCHROEDER, Esq.<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 | EDWIN D. LAWLOR, III<br>3314 North Rocky Beach Lane<br>McHenry, IL 60050 |
| Attorney for Plaintiff | *Pro Se* Defendant |